**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**HUNTINGTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-30446-RGP |
| | § | |
| CHAPMAN MARTIN EXCAVATING | § | |
| AND GRADING, INC. | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Robert L. Johns, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $386,371.09 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $980,519.19 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $346,186.81 | | |

3)      Total gross receipts of $1,326,706.00  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,326,706.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $2,960,000.00 | $6,102,002.17 | $6,083,684.37 | $914,838.62 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $346,186.81 | $346,186.81 | $346,186.81 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $335,394.19 | $412,394.50 | $403,544.17 | $65,680.57 |
| General Unsecured Claims (from **Exhibit 7**) | $4,793,420.73 | $5,054,370.71 | $843,632.77 | $0.00 |
| **Total Disbursements** | $8,088,814.92 | $11,992,454.19 | $7,754,548.12 | $1,326,706.00 |

4). This case was originally filed under chapter 7 on 08/20/2012. The case was pending for 78 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>12/19/2019</u>            By:   <u>/s/ Robert L. Johns</u>
                                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Accounts receivable - See Attachment #1 to Schedule B | 1121-000 | $301,880.63 |
| Refrigerator, desks, bookshelves, filing cabinets, computers,printers, copiers.Also see Attachment #4 to Schedule B | 1129-000 | $1,449.25 |
| See Attachment #3 to Schedule B (Automobiles, trucks and trailers) | 1129-000 | $869,550.18 |
| See Attachment #4 to Schedule B (Other personal property) | 1129-000 | $57,970.02 |
| Unclaimed property held by the State of West Virginia | 1221-000 | $118.19 |
| Utility Refund | 1221-000 | $53.96 |
| Federal Tax refunds | 1224-000 | $656.58 |
| Insurance proceeds | 1249-000 | $40,768.65 |
| Potential Fraudulent Conveyance/Preference | 1249-000 | $53,519.14 |
| Interest | 1270-000 | $739.40 |
| **TOTAL GROSS RECEIPTS** | | **$1,326,706.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Wells Fargo Equip. Finance, Inc. | 4210-000 | $20,000.00 | $9,827.18 | $9,827.18 | $9,827.18 |
| 15 | TCF Equip. Finance, Inc | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | Caterpillar Financial Services Corporation | 4210-000 | $40,000.00 | $19,000.00 | $19,000.00 | $19,000.00 |
| 25 | GE Capital | 4210-000 | $10,000.00 | $14,526.37 | $14,526.37 | $14,526.37 |
| 36 | United Bank, Inc. | 4210-000 | $900,000.00 | $908,007.21 | $908,007.21 | $755,791.05 |
| 37 | United Bank, Inc. | 4110-000 | $900,000.00 | $4,295.76 | $4,295.76 | $0.00 |
| 38 | United Bank, Inc. | 4110-000 | $900,000.00 | $30,411.93 | $12,094.13 | $12,094.13 |
| 40 | Great American Insurance Company | 4110-000 | $0.00 | $4,431,364.72 | $4,431,364.72 | $26,099.89 |
| 41 | Great American Insurance | 4110-000 | $0.00 | $607,069.00 | $607,069.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| | Company | | | | | |
| | RC General Contractors Inc | 4210-000 | $0.00 | $77,500.00 | $77,500.00 | $77,500.00 |
| | Caterpillar Financial Services | 4110-000 | $30,000.00 | $0.00 | $0.00 | $0.00 |
| | United Bank | 4110-000 | $160,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $2,960,000.00 | $6,102,002.17 | $6,083,684.37 | $914,838.62 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Robert L. Johns, Trustee | 2100-000 | NA | $63,051.18 | $63,051.18 | $63,051.18 |
| Robert Johns, Trustee | 2200-000 | NA | $300.00 | $300.00 | $300.00 |
| Insurance Partners Agency, INC | 2300-000 | NA | $988.37 | $988.37 | $988.37 |
| Pinnacle Bank | 2600-000 | NA | $3,804.79 | $3,804.79 | $3,804.79 |
| United States Bankruptcy Court | 2700-000 | NA | $2,800.00 | $2,800.00 | $2,800.00 |
| Turner & Johns PLLC, Attorney for Trustee | 3110-000 | NA | $140,000.00 | $140,000.00 | $140,000.00 |
| Turner & Johns PLLC, Attorney for Trustee | 3120-000 | NA | $1,293.04 | $1,293.04 | $1,293.04 |
| Martin & Martin, Auctioneer for Trustee | 3610-000 | NA | $133,949.43 | $133,949.43 | $133,949.43 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $346,186.81 | $346,186.81 | $346,186.81 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | KENTUCKY DEPARTMENT OF REVENUE | 5800-000 | $1,197.84 | $894.29 | $894.29 | $86.80 |
| 14 | Internal Revenue Service | 5800-000 | $12,000.00 | $25,301.56 | $25,301.56 | $2,455.90 |
| 17 | Workforce West Virginia | 5800-000 | $16,000.00 | $16,747.19 | $16,747.19 | $16,747.19 |
| 24 | West Virginia State Tax Dept. | 5800-000 | $8,000.00 | $60,917.64 | $60,917.64 | $5,912.98 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 | Workforce West Virginia | 5800-000 | $0.00 | $268.06 | $268.06 | $26.02 |
| 31 | Workforce West Virginia | 5800-000 | $0.00 | $92,824.80 | $92,824.80 | $9,010.05 |
| 33 | IUOE Local 132 | 5800-000 | $181,240.09 | $85,159.75 | $76,309.42 | $18,795.87 |
| 39 | West Virginia Laborers' Combined Funds | 5800-000 | $91,956.26 | $130,281.21 | $130,281.21 | $12,645.76 |
| | Wayne County Sheriff - WV | 5800-000 | $25,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $335,394.19 | $412,394.50 | $403,544.17 | $65,680.57 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Petroleum Products Inc | 7100-000 | $27,765.91 | $24,356.39 | $24,356.39 | $0.00 |
| 3a | Commonwealth of Kentucky Departtment of Revenue | 7100-000 | $1,197.84 | $341.10 | $341.10 | $0.00 |
| 4 | Myers Paving | 7100-000 | $11,200.00 | $37,350.00 | $37,350.00 | $0.00 |
| 5 | Dawson-Thompson Oil Company, Inc. | 7100-000 | $18,442.00 | $18,400.42 | $18,400.42 | $0.00 |
| 6 | PAI Unlimited Parts | 7100-000 | $741.16 | $741.16 | $741.16 | $0.00 |
| 7 | Eastern Vault Company, Inc. | 7100-000 | $4,700.97 | $4,700.97 | $4,700.97 | $0.00 |
| 8 | Johnstone & Gabhart, LLP | 7100-000 | $30,146.90 | $30,146.90 | $30,146.90 | $0.00 |
| 9 | Regulatory Training Center | 7100-000 | $860.00 | $946.00 | $946.00 | $0.00 |
| 10 | Carr Concrete Corp. | 7100-000 | $12,463.40 | $10,609.60 | $10,609.60 | $0.00 |
| 11 | United Bank, Inc. | 7100-000 | $14,512.56 | $16,458.13 | $16,458.13 | $0.00 |
| 12 | Powerscreen Mid Atlantic | 7100-000 | $25,034.22 | $25,034.22 | $25,034.22 | $0.00 |
| 13 | State Equipment Case | 7100-000 | $43,214.86 | $57,008.34 | $57,008.34 | $0.00 |
| 14a | Internal Revenue Service | 7100-000 | $12,000.00 | $1,621.87 | $1,621.87 | $0.00 |
| 15a | TCF Equip. Finance, Inc | 7100-000 | $15,000.00 | $11,215.56 | $11,215.56 | $0.00 |
| 16 | United Rentals, Inc. | 7100-000 | $134.47 | $134.47 | $134.47 | $0.00 |
| 17a | Workforce West Virginia | 7100-000 | $16,000.00 | $263.90 | $263.90 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | FedEx Tech Connect, Inc. | 7100-000 | $0.00 | $392.93 | $392.93 | $0.00 |
| 19 | Potesta & Assoc | 7100-000 | $10,268.47 | $15,483.99 | $15,483.99 | $0.00 |
| 20 | Mary K. Prim, PLLC | 7100-000 | $10,125.00 | $10,625.00 | $10,625.00 | $0.00 |
| 21 | Appalachian Tire Products Inc | 7100-000 | $175.01 | $172.42 | $172.42 | $0.00 |
| 22a | Caterpillar Financial Services Corporation | 7100-000 | $40,000.00 | $1,995.95 | $1,995.95 | $0.00 |
| 23 | Banc of America Leasing &#038; Capital, LLC | 7100-000 | $600,000.00 | $98,602.17 | $98,602.17 | $0.00 |
| 24a | West Virginia State Tax Dept. | 7100-000 | $8,000.00 | $100.57 | $100.57 | $0.00 |
| 26 | Frontier Communications | 7100-000 | $1,500.00 | $1,483.16 | $1,483.16 | $0.00 |
| 27 | AT&T Mobility II LLC | 7100-000 | $2,785.07 | $2,785.07 | $2,785.07 | $0.00 |
| 28 | Claxton Smith & Sons | 7100-000 | $1,252.17 | $1,432.20 | $1,432.20 | $0.00 |
| 29 | VFS US LLC | 7100-000 | $600,000.00 | $176,357.59 | $176,357.59 | $0.00 |
| 32 | Big G Inc. | 7100-000 | $0.00 | $42,129.25 | $42,129.25 | $0.00 |
| 33a | IUOE Local 132 | 7100-000 | $181,240.09 | $194,785.37 | $184,839.83 | $0.00 |
| 34 | C&B Blueprint | 7100-000 | $10,172.39 | $27,318.67 | $27,318.67 | $0.00 |
| 35 | Hinkle Contracting Company LLC | 7100-000 | $2,000,000.00 | $4,200,792.40 | $0.00 | $0.00 |
| 39a | West Virginia Laborers' Combined Funds | 7100-000 | $91,956.26 | $31,459.94 | $31,459.94 | $0.00 |
| 42 | Deskins Extruded Concrete | 7100-000 | $9,125.00 | $9,125.00 | $9,125.00 | $0.00 |
| | ACF Environmental | 7100-000 | $4,859.58 | $0.00 | $0.00 | $0.00 |
| | American Asphalt And Aggregates, Inc. | 7100-000 | $4,251.82 | $0.00 | $0.00 | $0.00 |
| | American Electric Power | 7100-000 | $1,196.08 | $0.00 | $0.00 | $0.00 |
| | Appalachian Power | 7100-000 | $1,152.13 | $0.00 | $0.00 | $0.00 |
| | B.W. Rogers Co | 7100-000 | $114.49 | $0.00 | $0.00 | $0.00 |
| | Berry's Saw And Mower | 7100-000 | $37.03 | $0.00 | $0.00 | $0.00 |
| | Bosley Rental & Supply | 7100-000 | $1,309.10 | $0.00 | $0.00 | $0.00 |
| | Boxley Aggregte | 7100-000 | $1,115.11 | $0.00 | $0.00 | $0.00 |
| | C.I. Thornburg | 7100-000 | $94,689.16 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Company | | | | | |
| CEC Electric Inc. | 7100-000 | $198.47 | $0.00 | $0.00 | $0.00 |
| Charleston Blueprint | 7100-000 | $363.62 | $0.00 | $0.00 | $0.00 |
| Chase | 7100-000 | $35,395.91 | $0.00 | $0.00 | $0.00 |
| Drive Line Service, Inc. | 7100-000 | $760.71 | $0.00 | $0.00 | $0.00 |
| Essroc Ready Mix | 7100-000 | $493.29 | $0.00 | $0.00 | $0.00 |
| Fast Cast Inc. | 7100-000 | $445.20 | $0.00 | $0.00 | $0.00 |
| Genuine Parts Company | 7100-000 | $2,526.91 | $0.00 | $0.00 | $0.00 |
| Jenkins Fenstermaker, PLLC | 7100-000 | $21,590.16 | $0.00 | $0.00 | $0.00 |
| Lee's Industrial Tire | 7100-000 | $233.19 | $0.00 | $0.00 | $0.00 |
| Lusher Trucking Co., Inc | 7100-000 | $10,953.87 | $0.00 | $0.00 | $0.00 |
| Martin Marietta Materials | 7100-000 | $64,086.66 | $0.00 | $0.00 | $0.00 |
| Matheson Tri-Gas | 7100-000 | $1,092.35 | $0.00 | $0.00 | $0.00 |
| McCoy Freightliner, Inc. | 7100-000 | $180.05 | $0.00 | $0.00 | $0.00 |
| Mountain Aggregates, Inc. | 7100-000 | $5,355.87 | $0.00 | $0.00 | $0.00 |
| NCO Financial | 7100-000 | $447.93 | $0.00 | $0.00 | $0.00 |
| Perfection Rubber & Supply | 7100-000 | $73.67 | $0.00 | $0.00 | $0.00 |
| Pickett Concrete | 7100-000 | $39,820.83 | $0.00 | $0.00 | $0.00 |
| Quill | 7100-000 | $74.88 | $0.00 | $0.00 | $0.00 |
| REMCO Sales & Service, Inc. | 7100-000 | $87.21 | $0.00 | $0.00 | $0.00 |
| Rudd Equipment | 7100-000 | $4,428.06 | $0.00 | $0.00 | $0.00 |
| Somerville & Company, PLLC | 7100-000 | $9,897.42 | $0.00 | $0.00 | $0.00 |
| Southern States - Huntington | 7100-000 | $246.56 | $0.00 | $0.00 | $0.00 |
| Southern West Virginia Paving | 7100-000 | $57,922.75 | $0.00 | $0.00 | $0.00 |
| Sunbelt Rentals | 7100-000 | $2,472.24 | $0.00 | $0.00 | $0.00 |
| Teays Valley Hardware | 7100-000 | $442.02 | $0.00 | $0.00 | $0.00 |
| The Wells Group, LLC | 7100-000 | $424.42 | $0.00 | $0.00 | $0.00 |
| Treadway's Dirt Work | 7100-000 | $3,392.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Triad Engineering | 7100-000 | $892.75 | $0.00 | $0.00 | $0.00 |
| Union Oil & Gas, Inc. | 7100-000 | $755.80 | $0.00 | $0.00 | $0.00 |
| Valley Rebuilders | 7100-000 | $375.00 | $0.00 | $0.00 | $0.00 |
| Vermeer Heartland | 7100-000 | $22,993.52 | $0.00 | $0.00 | $0.00 |
| Waste Management | 7100-000 | $904.76 | $0.00 | $0.00 | $0.00 |
| Waterworks | 7100-000 | $44.75 | $0.00 | $0.00 | $0.00 |
| Webbs Truck Parts | 7100-000 | $1,855.76 | $0.00 | $0.00 | $0.00 |
| Wells Fargo Ins Service Of WV | 7100-000 | $34,000.00 | $0.00 | $0.00 | $0.00 |
| West Virginia American Water | 7100-000 | $1,315.18 | $0.00 | $0.00 | $0.00 |
| West Virginia Paving | 7100-000 | $557,048.18 | $0.00 | $0.00 | $0.00 |
| Westfield Insurance | 7100-000 | $1,000.00 | $0.00 | $0.00 | $0.00 |
| Worldwide EQ Of WV | 7100-000 | $90.53 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $4,793,420.73 | $5,054,370.71 | $843,632.77 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1 — INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1  Exhibit 8

| Case No.: | 12-30446-RGP | Trustee Name: | Robert L. Johns |
|---|---|---|---|
| Case Name: | CHAPMAN MARTIN EXCAVATING AND GRADING, INC. | Date Filed (f) or Converted (c): | 08/20/2012 (f) |
| For the Period Ending: | 12/19/2019 | §341(a) Meeting Date: | 09/18/2012 |
| | | Claims Bar Date: | 12/17/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Checking Account - United Bank, Huntington, WV Account Balance $-91.85 | $0.00 | $0.00 | | $0.00 | FA |
| 2 | Accounts receivable - See Attachment #1 to Schedule B | $655,657.29 | $298,880.63 | | $301,880.63 | FA |
| 3 | Retainage Accounts See Attachment #2 to Schedule B | $380,371.09 | $0.00 | | $0.00 | FA |
| 4 | Premium refund from Westfield Insurance See Statement of Financial Affairs Question #4 | $6,000.00 | $0.00 | | $0.00 | FA |
| 5 | See Attachment #3 to Schedule B (Automobiles, trucks and trailers) | $1,500,000.00 | $200,000.00 | | $869,550.18 | FA |
| 6 | Refrigerator, desks, bookshelves, filing cabinets, computers, printers, copiers. Also see Attachment #4 to Schedule B | $2,500.00 | $2,500.00 | | $1,449.25 | FA |
| 7 | See Attachment #4 to Schedule B (Other personal property) | $100,000.00 | $100,000.00 | | $57,970.02 | FA |
| 8 | Utility Refund (u) | $53.96 | $0.00 | | $53.96 | FA |
| 9 | Federal Tax refunds (u) | $656.58 | $0.00 | | $656.58 | FA |
| 10 | Insurance proceeds (u) | Unknown | $40,768.65 | | $40,768.65 | FA |
| 11 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 12 | Potential Fraudulent Conveyance/Preference (u) | Unknown | $53,519.14 | | $53,519.14 | FA |
| 13 | Unclaimed property held by the State of West Virginia (u) | Unknown | $118.19 | | $118.19 | FA |
| 14 | Interest (u) | $0.00 | $0.00 | | $739.40 | FA |

TOTALS (Excluding unknown value)

| | $2,645,238.92 | $695,786.61 | | $1,326,706.00 | Gross Value of Remaining Assets $0.00 |
|---|---|---|---|---|---|

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2   Exhibit 8

| Case No.: | 12-30446-RGP | Trustee Name: | Robert L. Johns |
|---|---|---|---|
| Case Name: | CHAPMAN MARTIN EXCAVATING AND GRADING, INC. | Date Filed (f) or Converted (c): | 08/20/2012 (f) |
| For the Period Ending: | 12/19/2019 | §341(a) Meeting Date: | 09/18/2012 |
| | | Claims Bar Date: | 12/17/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

| | |
|---|---|
| 10/27/2017 | Re Prop # 2 Trustee negotiating settlement with remaining collectible accounts receivable. |
| | RE Prop # 12 Uncollectible because of principals bankruptcy |
| 10/27/2017 | Re Prop #2 - Trustee negotiating settlement with remaining collectible accounts receivable. |
| | Re Prop #12 - Remaining asset uncollectible because of principles' bankruptcy. |
| 06/20/2017 | Aletta Chapman and Richard Chapman filed for bankruptcy under Chapter 7 in the United States Bankruptcy Court for the Middle District of Florida. |
| 04/21/2017 | Adversary Proceeding 14-3018 Johns v. Aletta Chapman in discovery stage and settlement negotiations are ongoing. |
| | Adversary Proceeding 14-3019 Johns v. Richard Chapman in discovery stage and settlement negotiations are ongoing. |
| 04/12/2017 | Adversary Proceeding 14-3018 Johns vs. Aletta Chapman offer of settlement sent to Defendant for review, if no response, Trustee to file for Summary Judgment |
| | Adversary Proceeding 14-3019 Johns vs. Richard Chapman offer of settlement sent to Defendant for review, if no response, Trustee to file for Summary Judgment |
| 09/30/2016 | Adversary Proceeding 14-3018 Johns vs. Aletta Chapman in discovery stage. |
| | Adversary Proceeding 14-3019 Johns vs. Richard Chapman in discovery stage. |
| 09/27/2016 | Settlement payment received from defendant CI Thornburg. |
| 07/25/2016 | Order granting motion the compromise AP 14-3016 |
| 06/07/2016 | Motion filed to compromise AP 14-3016 Johns vs. The CI Thornburg Co., Inc. |
| 04/18/2016 | Re Prop # 12 Summary judgments pending against Aletta Chapman & Richard Chapman. |
| 09/30/2015 | RE Prop # 12 - 9 AP's filed . 13-03006 - negotiating settlement; 14-3012 negotiating settlement; 14-03013 - settlement reached; 14-03014 closed; 14-03015 closed; 14-03016 settlement reached; 14-03018 in discovery phase; 14-03019 in discovery phase; |
| 03/28/2014 | Re Prop #12 - Trustee investigating potential fraudulent conveyances and/or preferential payment to insiders. |
| 03/28/2014 | Re: Prop #2 - 3  - Trustee collecting receivables and pursuing collection litigation. |
| | Re:  Prop #5,6 & 7 - Gross proceeds of $928,969.45.  Net proceeds of $167,105.78. |
| | Re Prop # 2 - 3 Trustee investigating values of listed assets to determine value to estate.  Collected $250,000 in receivables. |
| | RE Prop # 5, 6 & 7- Trustee filed Motion to Sell Personal Property |
| | Auction conducted on November 30, 2012 |
| | Report of Sale filed |

| Initial Projected Date Of Final Report (TFR): | Current Projected Date Of Final Report (TFR): 04/30/2018 | /s/ ROBERT L. JOHNS |
|---|---|---|
| | | ROBERT L. JOHNS |

**FORM 2**

Page No: 1     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-30446-RGP | Trustee Name: | Robert L. Johns |
|---|---|---|---|
| Case Name: | CHAPMAN MARTIN EXCAVATING AND GRADING, INC. | Bank Name: | Virginia National Bank |
| Primary Taxpayer ID #: | **-***0440 | Checking Acct #: | ******2446 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/20/2012 | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 12/19/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/20/2012 | (8) | Frontier Communication | Refund 304-112-0582 | 1221-000 | $13.99 | | $13.99 |
| 09/20/2012 | (9) | United States Treasury | Federal Tax refund | 1224-000 | $153.62 | | $167.61 |
| 09/26/2012 | | Pinnacle National Bank | Transfer Funds | 9999-000 | | $167.61 | $0.00 |
| | | | **TOTALS:** | | $167.61 | $167.61 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $167.61 | |
| | | | Subtotal | | $167.61 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $167.61 | $0.00 | |

| For the period of 8/20/2012 to 12/19/2019 | | For the entire history of the account between 09/20/2012 to 12/19/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $167.61 | Total Compensable Receipts: | $167.61 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $167.61 | Total Comp/Non Comp Receipts: | $167.61 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $167.61 | Total Internal/Transfer Disbursements: | $167.61 |

**FORM 2**

Page No: 2   Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-30446-RGP | Trustee Name: | Robert L. Johns |
|---|---|---|---|
| Case Name: | CHAPMAN MARTIN EXCAVATING AND GRADING, INC. | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***0440 | Checking Acct #: | ******0054 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 8/20/2012 | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 12/19/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/26/2012 | | Virginia National Bank | Transfer Funds | 9999-000 | $167.61 | | $167.61 |
| 10/18/2012 | (8) | American Electric Power | Utility Refund | 1221-000 | $39.97 | | $207.58 |
| 10/18/2012 | (9) | United States Treasury | Federal Tax Refund | 1224-000 | $502.96 | | $710.54 |
| 11/02/2012 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $0.55 | $709.99 |
| 11/09/2012 | (10) | Westfield Insurance | Payment of claim for damages to Caterpiller | 1249-000 | $36,645.00 | | $37,354.99 |
| 11/09/2012 | (10) | Westfield Insurance | Payment on Claim for theft loss | 1249-000 | $4,123.65 | | $41,478.64 |
| 12/04/2012 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $39.32 | $41,439.32 |
| 12/20/2012 | | Martin & Martin | Proceeds from sale of personal property per order entered 11/30/12 | * | $666,437.63 | | $707,876.95 |
| | {5} | | Proceeds from sale of personal property #5     $766,586.07 | 1129-000 | | | $707,876.95 |
| | | | Martin & Martin     $(152,531.82) | 3610-000 | | | $707,876.95 |
| | {6} | | Proceeds from sale of personal property - Prop # 6     $1,277.64 | 1129-000 | | | $707,876.95 |
| | {7} | | Proceeds from sale of personal property Prop # 7     $51,105.74 | 1129-000 | | | $707,876.95 |
| 12/27/2012 | | Martin & Martin | Proceeds from sale of personal property per order entered 11/30/12 | * | $100,000.00 | | $807,876.95 |
| | {5} | | Proceeds from sale of personal property #5     $93,603.74 | 1129-000 | | | $807,876.95 |
| | {6} | | Proceeds from sale of personal property - Prop # 6     $156.01 | 1129-000 | | | $807,876.95 |
| | {7} | | Proceeds from personal property -Prop # 7     $6,240.25 | 1129-000 | | | $807,876.95 |
| 12/27/2012 | 6001 | United Bank, Inc | Payment on secured lien per order entered 11/30/12 | 4210-000 | | $565,978.30 | $241,898.65 |
| 01/03/2013 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $504.09 | $241,394.56 |
| 01/10/2013 | 6002 | Caterpillar Financial Services Corp | Proceeds from sale of CFSC collateral. Satisfaction of first priority liens per order entered 11/30/12 | 4210-000 | | $19,000.00 | $222,394.56 |
| 01/10/2013 | 6003 | GE Capital | Chapman Martin Excavating | 4210-000 | | $145,263.70 | $77,130.86 |
| 01/10/2013 | 6003 | VOID: GE Capital | Void: GE Capital | 4210-003 | | ($145,263.70) | $222,394.56 |

SUBTOTALS   $807,916.82   $585,522.26

**FORM 2**

Page No: 3     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-30446-RGP | | Trustee Name: | Robert L. Johns |
|---|---|---|---|---|
| Case Name: | CHAPMAN MARTIN EXCAVATING AND GRADING, INC. | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***0440 | | Checking Acct #: | ******0054 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 8/20/2012 | | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 12/19/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/10/2013 | 6004 | GE Capital | Payment of secured claim per payment of Insurance claim. | 4210-000 | | $14,526.37 | $207,868.19 |
| 01/31/2013 | 6005 | Wells Fargo Equip. Finance, Inc. | Payment of secured claim per order entered 11/30/12 | 4210-000 | | $9,827.18 | $198,041.01 |
| 02/04/2013 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $397.37 | $197,643.64 |
| 02/15/2013 | 6006 | Est Chapman-Martin Excavating | transfer to City National | 9999-000 | | $155,000.00 | $42,643.64 |
| 03/04/2013 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $226.73 | $42,416.91 |
| 03/06/2013 | 6007 | United Bank, Inc. | Insurance claim payment on Dozer that caught fire. | 4210-000 | | $34,812.75 | $7,604.16 |
| 03/13/2013 | 6008 | Insurance Partners Agency, INC | Invoice# 87337 Policy #8215-38-71 | 2300-000 | | $154.80 | $7,449.36 |
| 04/02/2013 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $50.29 | $7,399.07 |
| 04/24/2013 | | Martin & Martin | Proceeds from sale of personal property | * | $10,000.00 | | $17,399.07 |
| | {5} | | Proceeds from sale of personal Prop # 5      $9,360.37 | 1129-000 | | | $17,399.07 |
| | {6} | | Proceeds from sale of personal Prop # 6      $15.60 | 1129-000 | | | $17,399.07 |
| | {7} | | Proceeds from sale of personal Prop # 7      $624.03 | 1129-000 | | | $17,399.07 |
| 04/30/2013 | (2) | Triad | Proceeds to accounts receivable Asset #2 | 1121-000 | $7,500.00 | | $24,899.07 |
| 05/02/2013 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $15.20 | $24,883.87 |
| 05/08/2013 | (2) | ECS Mid Atlantic LLC | Proceeds to accounts receivable civil action # 10-c-982 & 983 | 1121-000 | $8,333.33 | | $33,217.20 |
| 05/17/2013 | (2) | ECS Mid Atlantic LLC | Proceeds to accounts receivable civil action # 10-c-982 & 983 | 1121-000 | $833.33 | | $34,050.53 |
| 06/04/2013 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $50.66 | $33,999.87 |
| 06/10/2013 | (2) | Lambert Architecture | Payment to accounts receivable | 1121-000 | $8,333.33 | | $42,333.20 |
| 06/14/2013 | (2) | BB&T | Payment to accounts receivable -civil action # 10-c-982 & 983 | 1121-000 | $225,000.00 | | $267,333.20 |
| 06/24/2013 | (2) | COLLEEN C MCCULLOCH | Payment to accounts receivable civil action # 10-c-982 & 983 | 1121-000 | $0.01 | | $267,333.21 |
| 06/25/2013 | 6009 | United Bank, Inc. | Payment to secured creditor under order entered 3/29/13 | 4210-000 | | $151,000.00 | $116,333.21 |
| 06/25/2013 | 6010 | RC General Contractors Inc | Payment to secured creditor by order entered 3/29/13 | 4210-000 | | $77,500.00 | $38,833.21 |
| 07/02/2013 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $178.21 | $38,655.00 |

**SUBTOTALS**  $260,000.00    $443,739.56

**FORM 2**

Page No: 4     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-30446-RGP | | Trustee Name: | Robert L. Johns |
|---|---|---|---|---|
| Case Name: | CHAPMAN MARTIN EXCAVATING AND GRADING, INC. | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***0440 | | Checking Acct #: | ******0054 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 8/20/2012 | | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 12/19/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/22/2013 | | Martin & Martin | Return of Auctioneer's fees to pay Trustee Fee per order entered 11-30-2012 | 3610-002 | | ($18,582.39) | $57,237.39 |
| 08/02/2013 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $72.07 | $57,165.32 |
| 09/04/2013 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $92.27 | $57,073.05 |
| 10/02/2013 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $89.16 | $56,983.89 |
| 11/04/2013 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $91.98 | $56,891.91 |
| 11/25/2013 | 6011 | Estate of Chapman-Martin | transfer to City National | 9999-000 | | $50,000.00 | $6,891.91 |
| 12/03/2013 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $75.86 | $6,816.05 |
| 12/23/2013 | (2) | Branch & Associates, Inc. | Payment on accounts receivable by Order Granting Motion to Compromise entered 11/12/13 | 1121-000 | $10,255.77 | | $17,071.82 |
| 01/03/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $15.28 | $17,056.54 |
| 02/04/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $27.53 | $17,029.01 |
| 03/04/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $24.83 | $17,004.18 |
| 03/19/2014 | 6012 | Insurance Partners Agency, INC | Bond payment | 2300-000 | | $185.08 | $16,819.10 |
| 04/02/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $27.38 | $16,791.72 |
| 05/02/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $26.23 | $16,765.49 |
| 06/03/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $27.06 | $16,738.43 |
| 06/27/2014 | | State of West Virginia/Higher Education | Settlement from CTCS per Order entered 12/11/13 | * | $6,524.97 | | $23,263.40 |
| | {2} | | Settlement from CTCS per Order entered 12/11/13    $32,624.86 | 1121-000 | | | $23,263.40 |
| | | | Settlement payment to GAIC per Order entered 12/11/13    $(26,099.89) | 4110-000 | | | $23,263.40 |
| 07/02/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $26.49 | $23,236.91 |
| 08/04/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $37.50 | $23,199.41 |
| 08/25/2014 | (12) | Boxley Aggregates of West Virginia, LLC | Preferential transfer of funds | 1249-000 | $6,065.44 | | $29,264.85 |
| 08/27/2014 | (12) | Lusher Trucking Company, Inc. | AP 14-03014 settlement of Preference conveyance | 1249-000 | $4,737.53 | | $34,002.38 |
| 09/03/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $40.33 | $33,962.05 |
| 10/02/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $53.05 | $33,909.00 |

**SUBTOTALS**     $27,583.71     $32,329.71

**FORM 2**     Page No: 5     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-30446-RGP | Trustee Name: | Robert L. Johns |
|---|---|---|---|
| Case Name: | CHAPMAN MARTIN EXCAVATING AND GRADING, INC. | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***0440 | Checking Acct #: | ******0054 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 8/20/2012 | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 12/19/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/04/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $54.73 | $33,854.27 |
| 12/02/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $52.89 | $33,801.38 |
| 12/11/2014 | 6013 | United Bank, Inc. | Payment per Order entered 12/11/2013 | 4210-000 | | $4,000.00 | $29,801.38 |
| 01/05/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $51.43 | $29,749.95 |
| 02/03/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $48.03 | $29,701.92 |
| 02/09/2015 | 6014 | The Estate of Chapman Martin Excavating and Grading | Transfer of funds to Chapman Martin City National Account. | 9999-000 | | $25,000.00 | $4,701.92 |
| 03/03/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $19.88 | $4,682.04 |
| 03/24/2015 | 6015 | Insurance Partners Agency, INC | Bond Insurance payment for 2015 | 2300-000 | | $122.35 | $4,559.69 |
| 03/25/2015 | (12) | Mary K. Prim, PLLC | AP 14-03015 settlement of preference conveyance | 1249-000 | $2,000.00 | | $6,559.69 |
| 04/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $8.18 | $6,551.51 |
| 05/04/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $10.23 | $6,541.28 |
| 06/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $10.56 | $6,530.72 |
| 07/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $10.20 | $6,520.52 |
| 07/10/2015 | (12) | G&G Builders Inc. | Per order entered 7/1/2015 | 1249-000 | $25,000.00 | | $31,520.52 |
| 07/15/2015 | 6016 | IUOE Local 132 | Payment per Order entered 7/1/2015 | 5800-000 | | $18,795.87 | $12,724.65 |
| 08/04/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $34.28 | $12,690.37 |
| 09/02/2015 | (12) | Westfield Insurance Group | Settlement in AP Case No. 14-03017 | 1249-000 | $1,000.00 | | $13,690.37 |
| 09/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $20.49 | $13,669.88 |
| 09/08/2015 | (12) | Dawson Thompson Oil Co., Inc. | Settlement of AP 14-03013 | 1249-000 | $6,716.17 | | $20,386.05 |
| 10/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $28.94 | $20,357.11 |
| 11/03/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $32.86 | $20,324.25 |
| 12/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $31.75 | $20,292.50 |
| 01/05/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $32.75 | $20,259.75 |
| 02/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $32.70 | $20,227.05 |
| 03/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $30.52 | $20,196.53 |
| 04/04/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $32.60 | $20,163.93 |

                                  **SUBTOTALS**     $34,716.17     $48,461.24

FORM 2

Page No: 6    Exhibit 9

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-30446-RGP | Trustee Name: | Robert L. Johns |
|---|---|---|---|
| Case Name: | CHAPMAN MARTIN EXCAVATING AND GRADING, INC. | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***0440 | Checking Acct #: | ******0054 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 8/20/2012 | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 12/19/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/08/2016 | 6017 | Insurance Partners Agency, INC | Bond insurance payment | 2300-000 | | $194.67 | $19,969.26 |
| 05/03/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $31.32 | $19,937.94 |
| 06/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $32.18 | $19,905.76 |
| 07/05/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $31.09 | $19,874.67 |
| 08/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $32.08 | $19,842.59 |
| 09/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $32.03 | $19,810.56 |
| 09/27/2016 | (12) | C.I. Thornburg Co., Inc, | Settlement of AP 14-3016 | 1249-000 | $8,000.00 | | $27,810.56 |
| 10/04/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $32.19 | $27,778.37 |
| 11/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $44.84 | $27,733.53 |
| 12/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $43.32 | $27,690.21 |
| 01/04/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $44.69 | $27,645.52 |
| 02/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $44.63 | $27,600.89 |
| 03/03/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $40.24 | $27,560.65 |
| 03/31/2017 | 6018 | Insurance Partners Agency, INC | Bond Premium Payment | 2300-003 | | $192.91 | $27,367.74 |
| 04/03/2017 | 6018 | VOID: Insurance Partners Agency, INC | Incorrect amount entered on check | 2300-003 | | ($192.91) | $27,560.65 |
| 04/03/2017 | 6019 | Insurance Partners Agency, INC | Bond Premium Payment | 2300-000 | | $192.93 | $27,367.72 |
| 04/04/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $44.49 | $27,323.23 |
| 05/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $42.78 | $27,280.45 |
| 06/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $44.03 | $27,236.42 |
| 07/05/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $42.54 | $27,193.88 |
| 07/31/2017 | (13) | State of West Virginia | Unclaimed funds held by State of West Virginia | 1221-000 | $118.19 | | $27,312.07 |
| 08/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $43.90 | $27,268.17 |
| 09/05/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $88.02 | $27,180.15 |
| 10/03/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $42.47 | $27,137.68 |
| 10/04/2017 | | Pinnacle Bank | Refund on August bank fee posted 9/5/2017 - the fees were posted for the incorrect amount | 2600-000 | | ($44.01) | $27,181.69 |
| 11/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $43.87 | $27,137.82 |

SUBTOTALS   $8,118.19   $1,144.30

**FORM 2** Page No: 7 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-30446-RGP | Trustee Name: | Robert L. Johns |
|---|---|---|---|
| Case Name: | CHAPMAN MARTIN EXCAVATING AND GRADING, INC. | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***0440 | Checking Acct #: | ******0054 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | DDA |
| For Period Beginning: | 8/20/2012 | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 12/19/2019 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/04/2017 |  | Pinnacle Bank | Pinnacle Analysis | 2600-000 |  | $42.39 | $27,095.43 |
| 01/08/2018 |  | Pinnacle Bank | Pinnacle Analysis | 2600-000 |  | $43.74 | $27,051.69 |
| 02/06/2018 |  | Pinnacle Bank | Pinnacle Analysis | 2600-000 |  | $43.68 | $27,008.01 |
| 03/05/2018 |  | Pinnacle Bank | Pinnacle Analysis | 2600-000 |  | $39.39 | $26,968.62 |
| 03/09/2018 | 6020 | Insurance Partners Agency, INC | Bond Premium Payment on Policy #3792896, Invoice # 525611 | 2300-000 |  | $138.54 | $26,830.08 |
| 03/30/2018 |  | Pinnacle Bank | Pinnacle Analysis | 2600-000 |  | $43.41 | $26,786.67 |
| 04/20/2018 | (2) | Cathcart Construstion, LLC | Settlement | 1121-000 | $9,000.00 |  | $35,786.67 |
| 04/30/2018 |  | Pinnacle Bank | Pinnacle Analysis | 2600-000 |  | $45.34 | $35,741.33 |
| 05/31/2018 |  | Pinnacle Bank | Pinnacle Analysis | 2600-000 |  | $57.68 | $35,683.65 |
| 06/06/2018 |  | Estate of Chapman -Martin Excavating | Funds held in City National Account | * | $230,736.87 |  | $266,420.52 |
|  |  |  | Funds held in City National Account  $230,000.00 | 9999-000 |  |  | $266,420.52 |
|  | {14} |  | Interest from City National Account  $736.87 | 1270-000 |  |  | $266,420.52 |
| 07/10/2018 | (14) | The Estate of Chapman-Martin | Balance of interest in City National Account | 1270-000 | $2.53 |  | $266,423.05 |
| 01/04/2019 | 6021 | Robert Johns | Trustee Expenses | 2200-000 |  | $300.00 | $266,123.05 |
| 01/04/2019 | 6022 | Robert L. Johns | Trustee Compensation | 2100-000 |  | $63,051.18 | $203,071.87 |
| 01/04/2019 | 6023 | Turner & Johns PLLC | Final Distribution Claim #: ; Claim #: ; | 3110-000 |  | $140,000.00 | $63,071.87 |
| 01/04/2019 | 6024 | Turner & Johns PLLC | Final Distribution Claim #: ; Claim #: ; | 3120-000 |  | $1,293.04 | $61,778.83 |
| 01/04/2019 | 6025 | KENTUCKY DEPARTMENT OF REVENUE | Final Distribution Claim #: 3; Claim #: 3; | 5800-000 |  | $86.80 | $61,692.03 |
| 01/04/2019 | 6026 | Internal Revenue Service | Final Distribution Claim #: 14; Claim #: 14; | 5800-000 |  | $2,455.90 | $59,236.13 |
| 01/04/2019 | 6027 | Workforce West Virginia | Final Distribution Claim #: 17; Claim #: 17; | 5800-000 |  | $16,747.19 | $42,488.94 |
| 01/04/2019 | 6028 | West Virginia State Tax Dept. | Final Distribution Claim #: 24; Claim #: 24; | 5800-000 |  | $5,912.98 | $36,575.96 |
| 01/04/2019 | 6029 | Workforce West Virginia | Final Distribution Claim #: 30; Claim #: 30; | 5800-000 |  | $26.02 | $36,549.94 |
| 01/04/2019 | 6030 | Workforce West Virginia | Final Distribution Claim #: 31; Claim #: 31; | 5800-000 |  | $9,010.05 | $27,539.89 |
| 01/04/2019 | 6031 | United Bank, Inc. | Final Distribution Claim #: 38; Claim #: 38; | 4110-000 |  | $12,094.13 | $15,445.76 |
| 01/04/2019 | 6032 | West Virginia Laborers' Combined Funds | Final Distribution Claim #: 39; Claim #: 39; | 5800-000 |  | $12,645.76 | $2,800.00 |
| 01/04/2019 | 6033 | United States Bankruptcy Court | Final Distribution Claim #: 44; Claim #: 44; | 2700-000 |  | $2,800.00 | $0.00 |

SUBTOTALS  $239,739.40  $266,877.22

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-30446-RGP | Trustee Name: | Robert L. Johns |
|---|---|---|---|
| Case Name: | CHAPMAN MARTIN EXCAVATING AND GRADING, INC. | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***0440 | Checking Acct #: | ******0054 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 8/20/2012 | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 12/19/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $1,378,074.29 | $1,378,074.29 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $167.61 | $230,000.00 | |
| | | | **Subtotal** | | $1,377,906.68 | $1,148,074.29 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $1,377,906.68 | $1,148,074.29 | |

|  | **For the period of 8/20/2012 to 12/19/2019** | | **For the entire history of the account between 09/26/2012 to 12/19/2019** | |
|---|---|---|---|---|
| | Total Compensable Receipts: | $1,326,538.39 | Total Compensable Receipts: | $1,326,538.39 |
| | Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| | Total Comp/Non Comp Receipts: | $1,326,538.39 | Total Comp/Non Comp Receipts: | $1,326,538.39 |
| | Total Internal/Transfer Receipts: | $230,167.61 | Total Internal/Transfer Receipts: | $230,167.61 |
| | Total Compensable Disbursements: | $1,326,706.00 | Total Compensable Disbursements: | $1,326,706.00 |
| | Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| | Total Comp/Non Comp Disbursements: | $1,326,706.00 | Total Comp/Non Comp Disbursements: | $1,326,706.00 |
| | Total Internal/Transfer Disbursements: | $230,000.00 | Total Internal/Transfer Disbursements: | $230,000.00 |

**FORM 2**     Page No: 9     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| Case No. | 12-30446-RGP | Trustee Name: | Robert L. Johns |
| Case Name: | CHAPMAN MARTIN EXCAVATING AND GRADING, INC. | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***0440 | Checking Acct #: | ******0054 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 8/20/2012 | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 12/19/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $1,378,074.29 | $1,148,074.29 | $0.00 |

| **For the period of 8/20/2012 to 12/19/2019** | | **For the entire history of the case between 08/20/2012 to 12/19/2019** | |
|---|---|---|---|
| Total Compensable Receipts: | $1,326,706.00 | Total Compensable Receipts: | $1,326,706.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,326,706.00 | Total Comp/Non Comp Receipts: | $1,326,706.00 |
| Total Internal/Transfer Receipts: | $230,167.61 | Total Internal/Transfer Receipts: | $230,167.61 |
| | | | |
| Total Compensable Disbursements: | $1,326,706.00 | Total Compensable Disbursements: | $1,326,706.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,326,706.00 | Total Comp/Non Comp Disbursements: | $1,326,706.00 |
| Total Internal/Transfer Disbursements: | $230,167.61 | Total Internal/Transfer Disbursements: | $230,167.61 |

/s/ ROBERT L. JOHNS

ROBERT L. JOHNS